UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW D. WETZEL | CIVIL ACTION |
| VERSUS | NO. 11-1506 |
| ROBERT C. TANNER | SECTION "N"(5) |

## ORDER AND REASONS

Plaintiff, Andrew D. Wetzel, is a prisoner currently incarcerated in the Rayburn Correctional Center. He is a frequent filer of frivolous lawsuits in the federal courts.

Plaintiff filed the instant complaint pursuant to 42 U.S.C. § 1983 against defendant, Robert Tanner, challenging a disciplinary action taken against him and seeking monetary compensation.[1] (Rec. Doc. No. 1, Complaint, p. 4).

With his complaint, plaintiff submitted an application to proceed in forma pauperis pursuant to Title 28 U.S.C. § 1915. This is a non-dispositive pretrial matter which was referred to the undersigned magistrate judge pursuant to Local Rule 72.1 E(b)(1) and Title 28 U.S.C. § 636(b).

---

[1] Although plaintiff styled his pleading as an application for federal writ of habeas corpus under 28 U.S.C. §2241, the Court construed his pleading as a complaint for relief under 42 U.S.C. § 1983. Rec. Doc. No. 1.

The Prison Litigation Reform Act of 1996, Pub. L. No. 104-134, 110 Stat. 1321, now codified at Title 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

The court's records establish that plaintiff has filed more than 20 lawsuits in this court. At least four of his prior civil complaints, filed while plaintiff was incarcerated, were dismissed as frivolous and/or for failure to state a claim. These include, but are not limited to, the following: Andrew David Wetzel v. Slidell Police Department, et al., Civil Action No. 09-0014 "J"(3); Andrew David Wetzel v. St. Tammany Parish Jail, et al., Civil Action No. 09-0025 "A"(5); Andrew D. Wetzel v. Hammond Police Department, et al., Civil Action No. 09-0128 "D"(4); Andrew David Wetzel v. Rodney J. Strain, Jr., et al., Civil Action No. 09-7048 "A"(1).  He has been barred on numerous occasions from proceeding with his civil complaints as a pauper in this court pursuant to 28 U.S.C. §1915(g). See e.g., Andrew D. Wetzel v. Thomas McNulty, et al., Civil Action No. 10-4014 "J"(4); Andrew D. Wetzel v. Kevin Swann, et al., Civil Action No. 10-4012 "C"(1); Andrew D. Wetzel v. Robert F. Chadwick, III, et al., Civil Action No. 10-4013 "I"(5); Andrew David Wetzel v. Jack Strain, Jr., et al., Civil Action No. 10-3587 "B"(3).

In this case, plaintiff does not provide specific facts to support an allegation of imminent danger of serious physical injury.  Consequently, he is <u>not</u> entitled to proceed in forma pauperis pursuant to the provisions of the Prison Litigation Reform Act.  For the foregoing reasons,

**IT IS ORDERED** that Andrew David Wetzel's motion to proceed in forma pauperis is **DENIED**.  28 U.S.C. § 1915(g).

New Orleans, Louisiana, this  1st  day of      July         , 2011.

                                     **ALMA L. CHASEZ**
                        **UNITED STATES MAGISTRATE JUDGE**